IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                        RESPONDENT

v.                              No. 6:18-cr-60004-002
                                No. 6:19-cv-6094

ASHLEY JENSEN FRAZIER                                               MOVANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Motion to Withdraw Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 74) filed by Ashley Jensen Frazier ("Frazier"), an inmate confined at the Carswell Federal Medical Center, Fort Worth, Texas.

The Motion was referred for findings of fact, conclusions of law, and recommendations for the disposition of the case. The United States of America (hereinafter referred to as the "Government") has not yet responded to the Motion to Vacate (ECF No. 70) in this matter.   For the reasons stated below, the Court recommends the Motion to Withdraw Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 be **GRANTED**.

1.      **Background:**[1]

On April 17, 2019, Frazier was sentenced to 46 months imprisonment, following her plea of guilty to distribution of methamphetamine.   ECF No. 61.   She did not appeal the conviction and sentence.   On August 7, 2019, she filed her  Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.   ECF No. 70.   On August 11, 2019, the Federal Defender was appointed to represent Fraizer in this matter.  ECF No. 72.   An initial scheduling order was entered

_____

[1]The procedural background is taken from the pleadings and the Court's docket in this matter.

directing counsel to file any supplement to the Motion to Vacate on or before September 10, 2019

with the Government's Response due on or before November 10, 2019.  ECF No. 72.  A Notice of

No Supplement was filed on September 10, 2019.   ECF No. 73.

**2.     Instant Motion**:

In this Motion to Withdraw, Frazier asserts as follows:

1. Movant has been fully advised by counsel as to counsel's review of the pro se
Motion to Vacate, additional pleadings and documents from Movant's case, and the
basis for counsel's determination that no supplement to said Motion would be
beneficial to Movant.

2. Based upon this advice, Defendant requests that she be permitted to withdraw the
pending Motion to Vacate Sentence at this time.

Frazier asks that she be allowed to withdraw the pending Motion to Vacate, Set Aside, or Correct

Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 70).  The Government has not yet responded to

the Motion to Vacate.  Accordingly, the Court finds that not response is necessary as to the Motion

to Withdraw.

**3.     Discussion**:

The Federal Rules of Civil Procedure (so long as they are not inconsistent with the Rules

governing § 2255 cases) are applicable to proceedings filed pursuant to 28 U.S.C. § 2255.  *See* Rule

12, Rules Governing Sec. 2255 Proceedings.  Pursuant to Rule 41(a) of the FED. R. CIV. P. a party

has the right to dismiss an action at anytime before the opposing party has filed an answer or

response. Here the Government has not yet responded to the original Motion to Vacate, and

accordingly, Frazier has the right to dismiss her § 2255 motion upon request.

**4.     Recommendation**:

Accordingly, based on the foregoing, it is recommended the instant Motion to Withdraw

Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 74) should be **GRANTED**.  The Court should order the Motion to Vacate (ECF No. 70) **WITHDRAWN and DISMISSED** without prejudice.

**The Parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

DATED this **3rd day of October 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

-3-