IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                          RESPONDENT

v.                       Criminal No. 6:18-cr-60004
                         Civil No. 6:19-cv-06094

ASHLEY JENSEN FRAZIER                                                  MOVANT

## ORDER

Before the Court is the Report and Recommendation filed October 3, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 75). Judge Bryant recommends that Movant's Motion to Withdraw Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 74) be granted.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 75) *in toto*. Accordingly, Movant's Motion to Withdraw Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 74) is hereby **GRANTED**. Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 70) is hereby **WITHDRAWN and DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of November, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge