IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                           RESPONDENT

v.                           No. 6:18-cr-60004-002
                             No. 6:19-cv-6094

ASHLEY JENSEN FRAZIER                                                    MOVANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Motion for Leave to Appeal *In Forma Pauperis* (ECF No. 77) filed by Ashley Jensen Frazier ("Frazier"), an inmate confined at the Carswell Federal Medical Center, Fort Worth, Texas.

**1.   Background:**[1]

On April 17, 2019, Frazier was sentenced to 46 months imprisonment, following her plea of guilty to distribution of methamphetamine. ECF No. 61. On August 7, 2019, Movant sought relief pursuant to 28 U.S.C. § 2255. ECF No. 70. Counsel was appointed to represent movant. ECF No. 72. On September 30, 2019, Movant filed her Motion to Withdraw her Section 2255 Motion. ECF No. 74. The undersigned entered a Report and Recommendation on October 3, 2019, recommending the Motion to Withdraw be granted. ECF No. 75. On November 4, 2019, the Court granted Movant's request and dismiss the § 2255 Motion without prejudice. ECF. No. 76.

Movant now seeks to appeal that dismissal and asks to be allowed to proceed *in forma pauperis*.

---

[1] The procedural background is taken from the pleadings and the Court's docket in this matter.

**2.    Discussion**:

The Federal Rules of Civil Procedure (so long as they are not inconsistent with the Rules governing § 2255 cases) are applicable to proceedings filed pursuant to 28 U.S.C. § 2255. *See* Rule 12, Rules Governing Sec. 2255 Proceedings. Pursuant to Rule 41(a) of the FED. R. CIV. P. a party has the right to dismiss an action at anytime before the opposing party has filed an answer or response. Here the Government has not yet responded to the original Motion to Vacate, and accordingly, Frazier has the right to dismiss her § 2255 motion upon request. She requested such dismissal and same was granted.

Based on the statements in her Motion to Appeal, Movant appears to be eligible to proceed IFP. However, it also appears there is no good faith reason to grant a Certificate of Appealability in this case. The Movant has made no substantial showing of the denial of a constitutional right, as required by 28 U.S.C. 2253(c), rather, as noted above, she voluntarily asked to dismiss her § 2255 Motion.

**4.    Recommendation**:

Accordingly, based on the foregoing, it is recommended the instant Motion to Proceed IFP on Appeal (ECF No. 77) should be **GRANTED**. The undersigned also recommends that no Certificate of Appealability be granted in this matter as Movant has failed to make a substantial showing of denial of any constitutional right.

**The Parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the**

**district court.**

**DATED** this **16th day of December 2019.**

<u>/s/ *Barry A. Bryant*</u>
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE